Aug. Term, 1803.

*Per Curiam.* As the writ was never returned, this court was never in possession of the cause ; whatever has been done here, must therefore be set aside. Take your rule.*

* See *Leith* v. *Mac Ferlan*, 3 *Burr*. 1772. *Accourt* v. *Smith*, 1 *Ld. Raym.* 339.

### *Beriah Phelps* v. *Trisdale Eddy.*

WOODWORTH, on an affidavit stating that issue had been joined in this cause in *November*, 1801, and noticed for trial at the last circuit for the county of *Columbia*, but not brought on, moved for judgment as in case of nonsuit.

*Williams* read a counter deposition acknowledging the notice, but adding that the attorney for the defendant did not attend ; that his counsel, however, was there, with whose consent, an agreement was made between the agent for the defendant and the plaintiff's attorney, that the cause should not be brought on before the *Friday* in the second week of the circuit, on the *Thursday* next preceding which day, the court adjourned ; that it was impossible to bring on the trial during the circuit, because, in consequence of the agreement entered into, the plaintiff had sent his witness home, and they were not to return till the *Friday* appointed.

*Per Curiam.* Let the defendant take nothing by his motion, and pay the plaintiff his costs for opposing.